THE CITY OF MILLVILLE et al., appellants,

*v.*

THE BOARD OF EDUCATION OF THE CITY OF MILLVILLE,
respondent.

[Decided May 16th, 1927.]

On appeal from a decree of the court of chancery advised
by Vice-Chancellor Ingersoll, whose opinion is reported in
*100 N. J. Eq. 162.*

*Mr. Louis H. Miller,* for the appellants.

*Mr. Walter H. Bacon, Messrs. Bleakly, Stockwell & Bur-
ling,* and *Mr. James J. McGoogan,* for the respondent.

PER CURIAM.

The order appealed from will be affirmed, for the reasons
stated in the opinion filed in the court below by Vice-Chan-
cellor Ingersoll.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PAR-
KER, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD,
VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ.
13.

*For reversal*—None.